**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JILL WOOD,<br><br>Plaintiff,<br><br>– v. –<br><br>CHASE BANK USA, N.A.,<br><br>Defendant. | Case No. **4:19-cv-01878-JMB** |

**STIPULATION FOR VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

**NOW COME**, Plaintiff, Jill Wood, and Defendant, Chase Bank USA, N.A., now known as JPMorgan Chase Bank, N.A. ("Chase"), through their respective undersigned attorneys and respectfully state and pray:

1. On July 2, 2019, Plaintiff filed the complaint in this case (ECF No. 1).

2. On August 14, 2019, Defendant answered the Complaint (ECF No. 8).

3. Federal Rule of Civil Procedure 41 provides, in relevant part:

    (a) Voluntary Dismissal.

    (1) *By the Plaintiff.*

    (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    **(ii) a stipulation of dismissal signed by all parties who have appeared.**

    (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-

or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4.      Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully notify the Court that they have stipulated to the voluntary dismissal of the Complaint, without prejudice. The parties will assume their own litigation costs.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant request for voluntary dismissal of the Complaint, without prejudice.

Dated:  September 11, 2019          Respectfully submitted,

By: */s/ Carlos C. Alsina*
Carlos C. Alsina-Batista
E.D. of Missouri Bar No. 109241CA
**The Law Offices of Jeffrey Lohman, P.C**
4740 Green River Rd., Ste 310
Corona, CA 92880
T: (657) 363-3331
F: (657) 246-1311
E: CarlosA@jlohman.com

Attorney for Plaintiff, Jill Wood

and

THOMPSON COBURN LLP

By: */s/ Matthew D. Guletz*
Matthew D. Guletz, #57410MO
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
Email: mguletz@thompsoncoburn.com

Attorney for Defendant

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all CM/ECF participants in this case:

> By: */s/ Carlos C. Alsina*
> Carlos C. Alsina-Batista